UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                     **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

        -against-

          20 -MAG- 12222 (   ) (   )

David Haughton

                      Defendant(s).
-------------------------------------------------------------------X

Defendant ___David Haughton___ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

*David Haughton*                                                        *Marisa K. Cabrera*
_____                          _____
Defendant's Signature                                         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

David Haughton                                                       Marisa K. Cabrera
Print Defendant's Name                                       Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

12/08/2020
_____                          _____
Date                                                                         U.S. District Judge/U.S. Magistrate Judge